*Mr. B. S. Thresher, Mr. C. F. Kelley,* and *Mr. Peter Breen,* for Relator.

---

No. 1,980.—ALEX. MACKEL, TRUSTEE, APPELLANT, *v.* HENRY R. BARTLETT, RESPONDENT.

*Appeal from District Court, Silver Bow County; William Clancy, Judge.*

On motion to dismiss appeal.

Decided November 23, 1904.

PER CURIAM.—Upon motion of the respondent herein this appeal is hereby dismissed.

*Mr. Peter Breen,* and *Mr. John A. Shelton,* for Appellant.

*Mr. John J. McHatton,* for Respondent.